# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Express Mail Parcel Number EI 274014807 US | )<br>)<br>) Case No. 1:13-mj- 100<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the    Eastern    District of    Tennessee   
*(identify the person or describe the property to be searched and give its location)*:
Express Mail Parcel Number EI 274014807 US, securly stored at the Office of the U. S. Postal Inspector, Chattanooga, Tennessee

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
A controlled substance--that is, cocaine, marijuana, heroin, methamphetamine, or a similar drug

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before    4-22-2013   
                                                                                                                                                 *(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
  William B. Mitchell Carter                                         .
                           *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*   ☐ for         days *(not to exceed 30)*.
                                                ☐ until, the facts justifying, the later specific date of               .

Date and time issued:   4-8-2013 at 11:15 a.m.                      *[signature]*
                                                                                                            *Judge's signature*

City and state:   Chattanooga, Tennessee                      William B. Mitchell Carter, United States Magistrate Jud
                                                                                                 *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:13-mj- | Date and time warrant executed: 4/8/2013 11:43 A.M. | Copy of warrant and inventory left with: Nickolas Coultra |
| Inventory made in the presence of: DET. Moore MPM Kg | | |

Inventory of the property taken and name of any person(s) seized:

Express mail parcel # EJ274014807US

Containing .8 lbs of marijuana.

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 4/8/2013

_Michael C. Iorio_
Executing officer's signature

Michael C. Iorio   Postal Inspector
Printed name and title